# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*In re*: Shannon M. Russell,
Attorney at Law, Bar No. 9675

Case No.: 2:25-ms-00049-APG

**ORDER OF SUSPENSION**

Attorney Shannon M. Russell, State Bar No. 9675, was suspended by the State Bar of Nevada on June 18, 2025.  On February 20, 2026, I ordered Shannon M. Russell to show cause why this court should not impose reciprocal discipline and suspend her. ECF No. 1.  That order was mailed via certified mail.  However, the order was returned from the United States Postal Service marked "Return to Sender-Unclaimed-Unable to Forward."  Regardless, the order provided Shannon M. Russell with 30 days to respond with reasons why she should not be suspended.  No response has been received.  Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that Shannon M. Russell, State Bar No. 9675, is suspended from practice in United States District Court for the District of Nevada.

DATED this 31st day of March, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 31st day of March, 2026, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Shannon M. Russell
> 3001 SE Lake Weir Ave.
> Apt. 709
> Ocala, FL 34471
>
> Certified Mail No.: 7018 1830 0001 8797 9067

> /s/ P. Rich
> Deputy Clerk
> United States District Court,
> District of Nevada